FILED

2019 OCT 10 P 2: 49

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDGAR ULLOA-AGUAYO,<br><br>  Defendant. | Case No. **19 CR 4087 WQH**<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Sec. 1326(a) -<br>Removed Alien Found in the United States |

The grand jury charges:

On or about August 5, 2019, within the Southern District of California, defendant EDGAR ULLOA-AGUAYO, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General of the United States and his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: October 10, 2019.

A TRUE BILL:

/s/ _____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: /s/ _____
ALICIA P. WILLIAMS
Assistant U.S. Attorney

APW:cms:San Diego:10/10/19