# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>EDGAR ULLOA-AGUAYO,<br><br>               Defendant. | Case No. 19-CR-4087-WQH<br><br>**JUDGMENT AND ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE**<br><br>The Honorable William Q. Hayes |

Upon motion of the UNITED STATES OF AMERICA, (ECF No. 9) and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice.

SO ORDERED.

Dated: October 24, 2019

_____
Hon. William Q. Hayes
United States District Court